# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

JAMAL GLOVER,

Petitioner

No. 94 EM 2015

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of September, 2015, the Petition for a Remand and a Stay is **GRANTED** and this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County for it to hold, within 45 days, a hearing per *Commonwealth v. Grazier*, 713 A.2d 81 (Pa. 1998). The court is **DIRECTED** to issue its determination within 30 days of that hearing.

A Petition for Allowance of Appeal shall be due within 30 days of the common pleas court's adjudication of the *Grazier* issue.